**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Edwin GOMEZ, Petitioner.**

Supreme Court of Pennsylvania.

May 8, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of May, 2003, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether the trial court erred in concluding that Petitioner failed to satisfy the

reasonable diligence requirement for after-discovered evidence.